# Court of Appeals, State of Michigan

## ORDER

Board of Trustees of the City of Pontiac v City of Pontiac

Docket No. 316418

LC No. 2012-128625-CZ

Jane E. Markey
Presiding Judge

Donald S. Owens

Karen M. Fort Hood
Judges

The Court orders that the October 25, 2016 opinion is hereby AMENDED to correct a clerical error. The panel line is corrected to read: Before: MARKEY, P.J., and OWENS and FORT HOOD, JJ.

In all other respects, the October 25, 2016 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 2 7 2016
Date

Chief Clerk